United States District Court
Southern District of Texas
**ENTERED**
February 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Criminal No.  **1:15-784-02** |
| **Juan Baltazar Espinosa-Gonzalez** | § | |

## ORDER

BE IT REMEMBERED on this 17ᵗʰ day of February, 2016, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **October 07, 2015,** wherein the defendant **Juan Baltazar Espinosa-Gonzalez** waived appearance before this Court and appeared before the United States Magistrate Judge **Ignacio Torteya, III** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Juan Baltazar Espinosa-Gonzalez** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.  The Court finds the Defendant **Juan Baltazar Espinosa-Gonzalez guilty of the offense of knowingly and intentionally possessing with intent to distribute a quantity more than one hundred (100) kilograms, that is, approximately 146 kilograms (321 pounds) of marihuana, a Schedule I controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18 United States Code, Section 2, as charged in Count Two of the Indictment.**

SIGNED this the 17ᵗʰ day of February, 2016.

_____
Rolando Olvera
United States District Judge